IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONY MITCHELL,

   Petitioner,

    v.

SHERIFF THEODORE JACKSON,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-154-TWT

### ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the Petition for lack of exhaustion of state remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 28 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Mitchell\r&r.wpd